UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHAMECA L. BURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:09-CV-227 |
| v. | ) |
| | ) Collier/Carter |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 18). Plaintiff's motion for summary judgment is **DENIED** (Court File No. 11). Defendant's motion for summary judgment is **GRANTED** (Court File No. 15). The Commissioner's decision, denying Plaintiff a period of disability, disability insurance benefits, and supplemental security income under the Social Security Act, 42 U.S.C. §§ 416(i), 423, and 1382, is **AFFIRMED**, and the case is hereby **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**